■ KRISTEN MEYER, Appellant, v DOYLE CHEVROLET, INC., et al., Respondents. (Appeal No. 2.) [668 NYS2d 108] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Set Aside Verdict.) Present—Lawton, J. P., Hayes, Wisner, Boehm and Fallon, JJ.